**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Derek Blom, for the heirs at law of Bruce Blom, deceased, and as Personal Representative of the Estate of Bruce Blom,<br><br>Plaintiff,<br><br>vs.<br><br>ND Energy Services Management, Inc., and A&K Contracting, LLC,<br><br>Defendants. | ) | **ORDER**<br><br>Case No. 1:26-cv-00253 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 3, 2027, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 20th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court